■ DONALD S. POTTER, Doing Business as POTTER REAL ESTATE COMPANY, et al., Appellants, v. SALINA-GENESEE CORPORATION, Defendant, and CENTRAL NEW YORK REALTY CORP. et al., Respondents.— Same decision and like cause of action as in companion case of *Potter* v. *Salina-Genesee Corp.* (8 A D 2d 998).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WATERSON, alias WILLIAM EMIL JANDA, Appellant.— Motion for reargument denied. Present — McCurn, P. J., Kimball, Williams and Bastow, JJ.

■ KLARA GELETUCHA, as Administratrix of the Estate of ANTONI GELETUCHA, Deceased, Appellant, v. 222 DELAWARE CORP. et al., Defendants, and 1 HOUR DURA CLEANING, INC., Respondent.— Motion for reargument denied, with $10 costs. Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ In the Matter of NEW YORK CENTRAL RAILROAD COMPANY, Appellant, against EUGENE J. DONNELLY et al., as Assessors of the City of Buffalo, Respondents.— Motion for leave to make a motion for reargument denied. Memorandum: A motion for leave to appeal to the Court of Appeals not having been made in time (Civ. Prac. Act, § 592, subd. 2), the respondents moved for leave to reargue the appeal, solely for the purpose of starting the time running anew. We do not believe it would be proper to grant the motion for that purpose. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.